FILED

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0622

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0622

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KEITH CHARLES HARRISON,

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellant's Motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 31, 2025, within which to prepare, file, and serve Appellant's opening brief on appeal.

# CERTIFICATE OF SERVICE

I, Katharine Kuykendall, hereby certify that I have served true and accurate copies of the foregoing proposed Order to the following on November 15, 2024:


Austin Knudsen (Attorney)
215 N. Sanders
Helena MT 59620
Representing:  State of Montana
Service Method:  eService

James Allen Lapotka (Govt Attorney)
106 4th Ave E.
Polson MT 59860
Representing:  State of Montana
Service Method:  eService



/s/ Katharine Kuykendall                    November 15, 2024
Katharine Kuykendall                         Date

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2024